```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 37524
    LACRESIA SIMPSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8915

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/15/2005 and was confirmed 11/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/03/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
LITTON LOAN SERVICING     CURRENT MORTG       .00            .00           .00
LITTON LOAN SERVICING     MORTGAGE ARRE    5905.44           .00         5905.44
AMERICAN MEDICAL COLLECT  UNSECURED       NOT FILED          .00           .00
COMED                     UNSECURED       NOT FILED          .00           .00
COMCAST                   UNSECURED       NOT FILED          .00           .00
CREDIT PROTECTION ASSOCI  NOTICE ONLY     NOT FILED          .00           .00
FORD MOTOR CREDIT         UNSECURED       11687.72           .00           .00
FREEDMAN ANSELMO & LINDB  NOTICE ONLY     NOT FILED          .00           .00
ISAC                      UNSECURED        526.96            .00           .00
PIERCE & ASSOC            NOTICE ONLY     NOT FILED          .00           .00
QUEST DIAGNOSTICS         UNSECURED       NOT FILED          .00           .00
RISK MANAGEMENT           UNSECURED       NOT FILED          .00           .00
MICHAEL J WORWAG          DEBTOR ATTY      1,500.00                      1,500.00
TOM VAUGHN                TRUSTEE                                          474.56
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   7,880.00

PRIORITY                                         .00
SECURED                                       5,905.44
UNSECURED                                        .00
ADMINISTRATIVE                                1,500.00
TRUSTEE COMPENSATION                            474.56
DEBTOR REFUND                                    .00
                       ---------------     ---------------
TOTALS                    7,880.00            7,880.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 37524 LACRESIA SIMPSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 05 B 37524 LACRESIA SIMPSON